

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Daniela LOPEZ,<br><br>    Defendant. | Magistrate Case No. '21 MJ0069<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about January 8, 2021, within the Southern District of California, Defendant, Daniela LOPEZ, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, E.A.O, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on January 11, 2021.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Gabriela Nicasio, declare under penalty of perjury the following to be true and correct:

The complainant states that E.A.O, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 8, 2021, at approximately 5:03 A.M., Daniela LOPEZ (Defendant), a United States citizen, made application for admission into the United States at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a 2009 Dodge Journey Van. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented her United States Passport card, along with a California Birth Certificate for her minor son, and said she was going to San Diego, California with nothing to declare from Mexico. The CBP Officer received a computer-generated referral warranting a secondary inspection. The CBP Officer referred the Defendant, the minor and the vehicle to secondary for further inspection.

In secondary, the Defendant drove his vehicle through an x-ray device where a CBP Officer observed anomalies in the rear seat area of the vehicle. The Defendant and the minor were removed from the vehicle and taken to a secured office. CBP Officers inspected the area and discovered a non-factory compartment underneath the rear bench seat. CBP Officers assisted one person out of the non-factory compartment by forcibly removing the rear bench seat. The individual, later identified as E.A.O., was determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

At approximately 7:56 A.M., Defendant was advised of her Miranda Rights and elected to make a statement. Defendant admitted she was smuggling a person for $5,000 US dollars and was to deliver the vehicle to the Food For Less Parking lot on Palomar Street in Chula Vista. Defendant admitted she had previously smuggled the day before for the same amount of $5,000 US dollars.

Probable Cause Statement continued on page 2,

Continuation of Probable Cause Statement
RE: U.S. v. Daniela LOPEZ

During a video-recorded interview, Material Witness admitted she is a citizen of Mexico with no legal documents to enter the United States. Material Witness stated family members made smuggling arrangements for her with unknown persons in Mexico for an unknown amount. Material Witness stated she was going to Salinas, California to reside with relatives.

Executed on this 8th day of January, 2021 at 6:00 P.M.

_____
Gabriela Nicasio / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named herein committed the offense on January 8, 2021, in violation of Title 8, United States Code, Section 1324.

_____          Jan 9, 2021
UNITED STATES MAGISTRATE JUDGE           DATE / TIME